**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation** | MDL No. 2875 |
| This document relates to: | Honorable Robert B. Kugler, District Court Judge |
| Case No: 2019 -CV- 12085 | |
| Plaintiff 1: Thomas Brackman as spouse and personal representative of the estate of Karen Brackman | Honorable Joel Schneider, Magistrate Judge |
| Plaintiff 2: | |
| Plaintiff 3: | |
| Plaintiff 4: | |

FIRST AMENDED        **SHORT FORM COMPLAINT**

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel.   Plaintiff(s) incorporate(s) by reference the allegations contained in Plaintiffs' Master Personal Injury Complaints for Valsartan (ECF No. 122), Losartan (ECF No. 682), and Irbesartan (ECF No. 683), MDL 2875 in the United States District Court for the District of New Jersey, Camden Vicinage. Plaintiff(s) file this Short Form Complaint as permitted by Case Management Order Nos. 3, 9, 13, 13B, and 19 of this Court.

In addition to those causes of action contained in Plaintiffs' Master Long Form Complaints as referenced above, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

**IDENTIFICATION OF PARTIES**

I.    IDENTIFICATION OF PLAINTIFF(S)
  1. **Name of individual who alleges injury due to use of a valsartan, losartan, and/or irbesartan-containing drug:**
      Plaintiff 1:  Thomas Brackman as spouse and personal representative of the estate of Karen Brackman

      Plaintiff 2:

1

Plaintiff 3:

Plaintiff 4:

2. This claim is being brought on behalf of

    ☒ Myself

    ☒ Someone else

    a. If I checked, "someone else", this claim is being brought on behalf of:

Karen Brackman

    b. My relationship to the person in 2(a) is:
Spouse and personal representative of estate

3. **Consortium Claim(s): The following individual(s) allege damages for loss of consortium:**
Thomas Brackman

4. **County and state of residence of Plaintiff or place of death of Decedent:**

**County:** Rutherford

**State:** TN

5. **If a survival and/or wrongful death claim is asserted:**

    a. **Name of the individual(s) bringing the claims on behalf of the decedent's estate, and status (i.e., personal representative, administrator, next of kin, successor in interest, etc.):**

| Name of the Individual(s) | Status |
|---|---|
| Thomas Brackman | Spouse/Estate Representative |
|  |  |
|  |  |
|  |  |

2

II.     IDENTIFICATION OF DEFENDANTS

1.  Plaintiff brings these claims as a result of developing injuries as a result of taking the following medications:

| | Medication(s) Taken (Check all that apply) |
|---|---|
| ☒ | Valsartan-Containing Drugs (VCDs) |
| ☐ | Losartan-Contain Drugs (LCDs) |
| ☒ | Irbesartan-Containing Drugs (ICDs) |

2.  Plaintiff(s) bring claims against the following Defendants related to his or her ingestion of <u>Valsartan</u>:

*(\*Defendants with asterisks next to their names have been dismissed pursuant to a dismissal and tolling stipulation entered by the Parties.  By checking the box next to any asterisked Defendant(s), Plaintiff thereby represents that he or she would have brought an action against said Defendant(s) but for the dismissal and tolling stipulation.)*

i.     *API Manufacturers*

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **API Manufacturer** | Aurobindo Pharma, Ltd. | Foreign |
| ☐ | **API Manufacturer Parent Corporation** | Hetero Drugs, Ltd. | Foreign |
| ☐ | **API Manufacturer** | Hetero Labs, Ltd. | Foreign |
| ☐ | **API Manufacturer** | Mylan Laboratories Ltd. | Foreign |
| ☒ | **API Manufacturer Parent Corporation** | Mylan N.V. | Foreign |
| ☒ | **API Manufacturer** | Zhejiang Huahai Pharmaceutical Co., Ltd. | Foreign |
| ☒ | **API Manufacturer** | John Doe | N/A |

3

*ii.*    *Finished Dose Manufacturers*

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Finished Dose Manufacturer** | Arrow Pharm (Malta) Ltd. | Foreign |
| ☐ | **Finished Dose Manufacturer** | Aurolife Pharma, LLC | NJ |
| ☐ | **Finished Dose Manufacturer** | Hetero Labs, Ltd. | Foreign |
| ☐ | **Finished Dose Manufacturer** | Mylan Pharmaceuticals Inc. | WV |
| ☐ | **Finished Dose Manufacturer** | Teva Pharmaceutical Industries, Ltd. | Foreign |
| ☐ | **Finished Dose Manufacturer** | Torrent Pharmaceuticals, Ltd. | Foreign |
| ☒ | **Finished Dose Manufacturer** | Zhejiang Huahai Pharmaceutical Co., Ltd. | Foreign |
| ☒ | **Finished Dose Manufacturer** | John Doe | N/A |

*iii.*    *Repackagers, Labelers, and Distributors*

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Labeler/ Distributor** | Aceteris, LLC | NJ |
| ☐ | **Finished Dose Distributor** | Actavis, LLC | NJ |
| ☐ | **Finished Dose Distributor** | Actavis Pharma, Inc. | NJ |
| ☐ | **Repackager** | A-S Medication Solutions, LLC* | NE |
| ☐ | **Finished Product Distributor** | Aurobindo Pharma USA, Inc. | NJ |
| ☐ | **Repackager** | AvKARE, Inc. | TN |
| ☐ | **Repackager** | Bryant Ranch Prepack, Inc.* | PA |
| ☐ | **Labeler/Distributor** | Camber Pharmaceuticals, Inc. | NJ |
| ☐ | **Parent Company for The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals** | Cardinal Health, Inc.* | OH |

4

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Repackager** | The Harvard Drug Group, LLC d/b/a Major Pharmaceuticals* | MI |
| ☐ | **Repackager** | H J Harkins Co., Inc. | CA |
| ☒ | **API Distributor** | Huahai U.S. Inc. | NJ |
| ☐ | **Repackager** | Northwind Pharmaceuticals* | IN |
| ☐ | **Repackager** | NuCare Pharmaceuticals, Inc.* | CA |
| ☐ | **Repackager** | Preferred Pharmaceuticals, Inc. | CA |
| ☐ | **Repackager** | RemedyRepack, Inc. | PA |
| ☒ | **Finished Dose Distributor** | Solco Healthcare U.S., LLC | NJ |
| ☐ | **Finished Dose Distributor** | Teva Pharmaceuticals USA, Inc. | PA |
| ☐ | **Finished Dose Distributor** | Torrent Pharma, Inc. | NJ |
| ☒ | **Labeler/Distributor/Repackager** | John Doe | N/A |

### iv.    *Wholesaler Defendants*

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Wholesaler** | AmerisourceBergen Corporation | PA |
| ☐ | **Wholesaler** | Cardinal Health, Inc. | OH |
| ☐ | **Wholesaler** | McKesson Corporation | TX |
| ☒ | **Wholesaler** | John Doe | N/A |

### v.    *Pharmacies*

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Pharmacy** | Albertsons Companies, LLC | ID |
| ☐ | **Pharmacy** | CVS Pharmacy, Inc. | RI |
| ☐ | **Pharmacy** | Express Scripts, Inc. | MO |
| ☐ | **Pharmacy** | Humana Pharmacy, Inc. | KY |
| ☐ | **Pharmacy** | OptumRx | CA |
| ☐ | **Pharmacy** | Rite Aid Corp. | PA |
| ☒ | **Pharmacy** | Walgreens Boots Alliance | IL |
| ☐ | **Pharmacy** | Wal-Mart, Inc. | AR |
| ☒ | **Pharmacy** | John Doe | N/A |

### vi.    FDA Liaisons

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **FDA Liaison** | Hetero USA, Inc. | NJ |
| ☒ | **FDA Liaison** | Prinston Pharmaceutical Inc. | NJ |
| ☒ | **FDA Liaison** | John Doe | N/A |

3. **Plaintiff(s) bring claims against the following Defendants related to his or her ingestion of <u>Losartan.</u>**

*(\*Defendants with asterisks next to their names have been dismissed pursuant to a dismissal and tolling stipulation entered by the Parties. By checking the box next to any asterisked Defendant(s), Plaintiff thereby represents that he or she would have brought an action against said Defendant(s) but for the dismissal and tolling stipulation.)*

### i.    API Manufacturers

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **API Manufacturer Parent Corporation** | Hetero Drugs, Ltd. | Foreign |
| ☐ | **API Manufacturer** | Hetero Labs, Ltd. | Foreign |
| ☐ | **API Manufacturer** | Zhejiang Huahai Pharmaceutical Co., Ltd. | Foreign |
| ☐ | **API Manufacturer** | John Doe | N/A |

### ii.    Finished Dose Manufacturers

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Finished Dose Manufacturer** | Hetero Labs, Ltd. | Foreign |
| ☐ | **Finished Dose Manufacturer** | Macleods Pharmaceuticals, Ltd. | Foreign |
| ☐ | **Finished Dose Manufacturer** | Macleods Pharma USA, Inc. | NJ |
| ☐ | **Finished Dose Manufacturer** | Sandoz, Inc. | NJ |
| ☐ | **Finished Dose Manufacturer** | Teva Pharmaceutical Industries, Ltd. | Foreign |
| ☐ | **Finished Dose Manufacturer** | Torrent Pharmaceuticals, Ltd. | Foreign |
| ☐ | **Finished Dose Manufacturer** | Vivimed Life Sciences Pvt. Ltd. | Foreign |
| ☐ | **Finished Dose Manufacturer** | Zhejiang Huahai Pharmaceutical Co., Ltd. | Foreign |
| ☐ | **Finished Dose Manufacturer** | John Doe | N/A |

### iii.    Repackagers, Labelers, and Distributors

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Finished Dose Distributor** | Actavis, LLC | NJ |
| ☐ | **Finished Dose Distributor** | Actavis Pharma, Inc. | NJ |
| ☐ | **Repackager** | AvKARE, Inc. | TN |
| ☐ | **Labeler/Distributor** | Camber Pharmaceuticals, Inc. | NJ |
| ☐ | **Parent Company for The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals** | Cardinal Health, Inc.* | OH |
| ☐ | **Repackager** | Golden State Medical Supply, Inc. (GSMS) | CA |
| ☐ | **Repackager** | The Harvard Drug Group, LLC d/b/a Major Pharmaceuticals | MI |
| ☐ | **Repackager** | Heritage Pharmaceuticals, Inc. d/b/a Avet Pharmaceuticals | NJ |
| ☐ | **Repackager** | H J Harkins Co., Inc. d/b/a PharmaPac | CA |
| ☐ | **API Distributor** | Huahai U.S. Inc. | NJ |
| ☐ | **Repackager** | Legacy Pharmaceutical Packaging, LLC | MO |
| ☐ | **Repackager** | Major Pharmaceuticals | MI |
| ☐ | **Repackager** | Preferred Pharmaceuticals, Inc. | CA |
| ☐ | **Repackager** | RemedyRepack, Inc. | PA |
| ☐ | **Finished Dose Distributor** | Solco Healthcare U.S., LLC | NJ |
| ☐ | **Finished Dose Distributor** | Teva Pharmaceuticals USA, Inc. | PA |
| ☐ | **Finished Dose Distributor** | Torrent Pharma, Inc. | NJ |
| ☐ | **Labeler/Distributor/Repackager** | John Doe | N/A |

### iv.    Wholesaler Defendants

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Wholesaler** | AmerisourceBergen Corporation | PA |
| ☐ | **Wholesaler** | Cardinal Health, Inc. | OH |
| ☐ | **Wholesaler** | McKesson Corporation | TX |
| ☐ | **Wholesaler** | John Doe | N/A |

### v.    Pharmacies

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Pharmacy** | Albertsons Companies, LLC | ID |
| ☐ | **Pharmacy** | CVS Pharmacy, Inc. | RI |
| ☐ | **Pharmacy** | Express Scripts, Inc. | MO |
| ☐ | **Pharmacy** | Humana Pharmacy, Inc. | KY |
| ☐ | **Pharmacy** | OptumRx | CA |
| ☐ | **Pharmacy** | Rite Aid Corp. | PA |
| ☐ | **Pharmacy** | Walgreens Boots Alliance | IL |
| ☐ | **Pharmacy** | Wal-Mart, Inc. | AR |
| ☐ | **Pharmacy** | John Doe | N/A |

### vi.    FDA Liaisons

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **FDA Liaison** | Hetero USA, Inc. | NJ |
| ☐ | **FDA Liaison** | Prinston Pharmaceutical Inc. | NJ |
| ☐ | **FDA Liaison** | John Doe | N/A |

4. **Plaintiff(s) bring claims against the following Defendants related to his or her ingestion of <u>Irbesartan.</u>**

*(\*Defendants with asterisks next to their names have been dismissed pursuant to a dismissal and tolling stipulation entered by the Parties.  By checking the box next to any asterisked Defendant(s), Plaintiff thereby represents that he or she would have brought an action against said Defendant(s) but for the dismissal and tolling stipulation.)*

### i.    API Manufacturers

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **API Manufacturer** | Aurobindo Pharma, Ltd. | Foreign |
| ☒ | **API Manufacturer** | Zhejiang Huahai Pharmaceutical Co., Ltd. | Foreign |
| ☒ | **API Manufacturer** | John Doe | N/A |

### ii.    Finished Dose Manufacturers

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Finished Dose Manufacturer** | Aurolife Pharma, LLC | NJ |
| ☐ | **Finished Dose Manufacturer** | ScieGen Pharmaceuticals, Inc., U.S. | NY |
| ☒ | **Finished Dose Manufacturer** | Zhejiang Huahai Pharmaceutical Co., Ltd. | Foreign |
| ☒ | **Finished Dose Manufacturer** | John Doe | N/A |

### iii.    Repackagers, Labelers, and Distributors

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Repackager** | Golden State Medical Supply, Inc. (GSMS) | CA |
| ☐ | **Finished Dose Distributor** | Westminster Pharmaceuticals | TN |
| ☒ | **Labeler/Distributor/Repackager** | John Doe | N/A |

### iv.    Wholesaler Defendants

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | **Wholesaler** | AmerisourceBergen Corporation | PA |
| ☐ | **Wholesaler** | Cardinal Health, Inc. | OH |
| ☐ | **Wholesaler** | McKesson Corporation | TX |
| ☒ | **Wholesaler** | John Doe | N/A |

*v.    Pharmacies*

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | Pharmacy | Albertsons Companies, LLC | ID |
| ☐ | Pharmacy | CVS Pharmacy, Inc. | RI |
| ☐ | Pharmacy | Express Scripts, Inc. | MO |
| ☐ | Pharmacy | Humana Pharmacy, Inc. | KY |
| ☐ | Pharmacy | OptumRx | CA |
| ☐ | Pharmacy | Rite Aid Corp. | PA |
| ☒ | Pharmacy | Walgreens Boots Alliance | IL |
| ☐ | Pharmacy | Wal-Mart, Inc. | AR |
| ☒ | Pharmacy | John Doe | N/A |

*vi.    FDA Liaisons*

|  | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☒ | FDA Liaison | Prinston Pharmaceutical Inc. | NJ |
| ☒ | FDA Liaison | John Doe | N/A |

III.    JURISDICTION AND VENUE

7. Jurisdiction is based on:

☒ Diversity of Citizenship
☐ Other as set forth below:

8. Venue: District and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint, absent the Direct Filing Order entered by this Court: _____ District of __TN_____

IV.    PLAINTIFF'S INJURIES

9. Injuries: Plaintiff was diagnosed with the following type of cancer:

| ☒ | Liver | ☐ | Kidney |
|---|---|---|---|
| ☐ | Stomach | ☐ | Colorectal |
| ☐ | Pancreatic | ☐ | Esophageal |
| ☐ | Small Intestine | ☐ | Other: |

10

## CAUSES OF ACTION

10.   Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaints and Jury Demand* as if fully set forth herein.

11.   The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand* are herein adopted by Plaintiff(s):

    ☒ Count I:        Strict Liability – Manufacturing Defect
    ☒ Count II:      Strict Liability – Failure to Warn
    ☒ Count III:    Strict Liability – Design Defect
    ☒ Count IV:    Negligence
    ☒ Count V:     Negligence Per Se
    ☒ Count VI:    Breach of Express Warranty
    ☒ Count VII:   Breach of Implied Warranty
    ☒ Count VIII:  Fraud
    ☒ Count IX:    Negligent Misrepresentation
    ☒ Count X:     Breach of Consumer Protection Statutes of the state(s) of:

    Tennessee

    ☒ Count XI:    Wrongful Death
    ☒ Count XII:   Survival Action
    ☐ Count XIII:  Loss of Consortium
    ☒ Count XIV:  Punitive Damages
    ☐ Other State Law Causes of Action as Follows:

12.   **Fraud Count: Plaintiff adopts, incorporates and relies upon the allegations made in the Master Complaint. Any additional Plaintiff-specific allegations as to the Fraud Count must be set forth here:**

11

13. **Express Warranty Count: Plaintiff adopts, incorporates, and relies upon the allegations made in the Master Complaint. Any additional Plaintiff-specific allegations as to the Express Warranty Count must be set forth here:**

14. **Plaintiff(s) further bring claims against the following additional Defendants who are not listed above, and such claims are based upon the following grounds:**

| Defendant | Grounds |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| Defendant | Grounds |
|-----------|---------|
|           |         |
|           |         |
|           |         |

**WHEREFORE,** Plaintiff(s) pray(s) for relief and demand(s) a trial by jury as set forth in the Plaintiffs' Master Long Form Complaint in MDL 2875 in the United States District Court for the District of New Jersey.

5/1/2024

Date

Daniel A. Nigh

/s/

Daniel Nigh

Attorney Name

Nigh Goldenberg Raso & Vaughn, PLLC

Attorney Firm

14 Ridge Square NW, Third Floor

Attorney Address Line 1

Washington, D.C. 20016

Attorney Address Line 2

2027927927

Telephone

2027927927

Fax

dnigh@nighgoldenberg.com

Email

*Counsel for Plaintiffs*

14